Certificate Number: 12433-PAE-DE-032787249

Bankruptcy Case Number: 19-11910


12433-PAE-DE-032787249

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 7, 2019</u>, at <u>11:38</u> o'clock <u>PM EDT</u>, <u>Kristin M. Nardella</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 8, 2019</u>            By:    <u>/s/Lisa Susoev</u>

                                   Name:  <u>Lisa Susoev</u>

                                   Title: <u>Teacher</u>