United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kristin M Nardella  
    Debtor

Case No. 19-11910-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: JEGilmore | Page 1 of 1 | Date Rcvd: Aug 29, 2019 |
| | Form ID: 155 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db         +Kristin M Nardella,    90 Meetinghouse Lane,    Springfield, PA 19064-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
        CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
         cbrennan@klehr.com,  swenitsky@klehr.com
        DAVID M. OFFEN    on behalf of Debtor Kristin M Nardella dmo160west@gmail.com,
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        KEVIN G. MCDONALD    on behalf of Creditor    State Financial Network bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
         ecf_frpa@trustee13.com
        SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                   TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kristin M Nardella
     Debtor(s)

Chapter: 13

Bankruptcy No: 19−11910−jkf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 28, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Jean K. FitzSimon
                                                  Judge ,
                                                  United States Bankruptcy Court

                                                                                                 28
                                                                                    Form 155