```
            IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   IN RE:                         :    CHAPTER 13
                                  :
   Kristin M. Nardella            :    No. 19-11910-AMC
     Debtor                       :
```

### ANSWER TO MOTION OF STATE FINANCIAL NETWORK FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted payments were missed. Debtor was temporarily out of work due to COVID-19. The debtor was caused greater financial strain as both their roof and vehicle needed major repairs. The debtor recently made a payment of $3,500.00 and asks for the chance to catch up the remaining arrears.

7. Debtor is unsure of the same as they recently made a payment.

8. Denied.

9. No response required.

WHEREFORE, the Debtor respectfully requests that the Movant's Motion for Relief be DENIED.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)

Dated: 7/22/20

### CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca A. Solarz on behalf of State Financial Network
Bkgroup@kmllawgroup.com

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 7/22/20