United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kristin M Nardella  
      Debtor

Case No. 19-11910-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Jul 31, 2020  
                           Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2020.  
db          +Kristin M Nardella,    90 Meetinghouse Lane,    Springfield, PA 19064-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg            E-mail/Text: megan.harper@phila.gov Aug 01 2020 04:43:47     City of Philadelphia,  
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
                Philadelphia, PA 19102-1595  
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2020 04:43:03  
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
                Harrisburg, PA 17128-0946  
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2020 04:43:43     U.S. Attorney Office,  
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2020 09:04:34     Synchrony Bank,  
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2020 at the address(es) listed below:  
         CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union  
           cbrennan@klehr.com,    swenitsky@klehr.com  
         DAVID M. OFFEN    on behalf of Debtor Kristin M Nardella dmo160west@gmail.com,  
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
         KEVIN G. MCDONALD    on behalf of Creditor    State Financial Network bkgroup@kmllawgroup.com  
         POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    State Financial Network bkgroup@kmllawgroup.com  
         SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kristin M. Nardella <br> _Debtor_ | CHAPTER 13 |
| STATE FINANCIAL NETWORK <br> _Movant_ <br> vs. | NO. 19-11910 AMC |
| Kristin M. Nardella <br> _Debtor_ | |
| Scott F. Waterman, Esquire <br> _Trustee_ | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$7,751.06,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | April 2020 to July 2020 at $1,647.28/month |
| Suspense Balance: | $69.06 |
| Fees & Costs Relating to Motion: | $1,231.00 |
| **Total Post-Petition Arrears** | **$7,751.06** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on August 1, 2020 and continuing through January 1, 2021, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,647.28** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,291.85 from August 2020 to December 2020 and $1,291.81 for January 2021** towards the arrearages on or before the last day of each month at the address below;

> State Financial NetworK
> 5 Hillman Drive Suite 300
> Chadds Ford,  PA 19317

b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   July 23, 2020            By: /s/ Rebecca A. Solarz, Esquire
                                 Attorney for Movant

Date:   July 29, 2020            /s/ David M. Offen, Esquire
                                 David M. Offen, Esquire
                                 Attorney for Debtor

Date:   July 30, 2020            /s/ Polly A. Langdon, Esquire, for
                                 Scott F. Waterman, Esquire
                                 Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2020.  However, the court retains discretion regarding entry of any further order.

**Date: July 31, 2020**

_____
Bankruptcy Judge
Ashely M. Chan