| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-11910-AMC**

KRISTIN M NARDELLA
90 MEETINGHOUSE LANE
SPRINGFIELD  PA    19064

Petition Filed Date: 03/28/2019
341 Hearing Date: 05/10/2019
Confirmation Date: 08/28/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $695.00 | 21670472 | 01/17/2020 | $695.00 | 22045253 | 01/29/2020 | $695.00 | 22411911 |
| 02/11/2020 | $695.00 | 22762045 | 02/25/2020 | $695.00 | 23110433 | 03/12/2020 | $695.00 | 23575091 |
| 03/25/2020 | $695.00 | 23935161 | 04/09/2020 | $695.00 | 24330155 | 04/21/2020 | $695.00 | 24656082 |
| 05/06/2020 | $695.00 | 24897488 | 05/20/2020 | $695.00 | 25157208 | 06/05/2020 | $695.00 | 25361514 |
| 06/16/2020 | $695.00 | 25572867 | 07/06/2020 | $695.00 | 25861220 | 07/17/2020 | $695.00 | 26085364 |
| 07/28/2020 | $695.00 | 26264017 | 08/13/2020 | $695.00 | 26491133 | 08/28/2020 | $695.00 | 26734592 |
| 09/14/2020 | $695.00 | 26946372 | 09/25/2020 | $695.00 | 27199136 | 10/14/2020 | $695.00 | 27434704 |
| 10/23/2020 | $695.00 | 27665500 | 11/09/2020 | $695.00 | 27860154 | 11/24/2020 | $695.00 | 28091001 |
| 12/04/2020 | $695.00 | 28352689 | 12/22/2020 | $695.00 | 28600440 | 12/30/2020 | $695.00 | 28841738 |
| 01/14/2021 | $695.00 | 29049640 | 01/27/2021 | $695.00 | 29266382 | 02/10/2021 | $695.00 | 29511746 |
| 03/01/2021 | $695.00 | 29761768 | 03/12/2021 | $695.00 | 29979514 | 03/25/2021 | $695.00 | 30205460 |

**Total Receipts for the Period:  $22,935.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $36,140.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $10,571.12 | $0.00 | $10,571.12 |
| 2 | FRANKLIN MINT FEDERAL CU<br>»» 002 | Unsecured Creditors | $6,046.18 | $0.00 | $6,046.18 |
| 3 | PATIENT FIRST<br>»» 003 | Unsecured Creditors | $55.85 | $0.00 | $55.85 |
| 4 | STATE FINANCIAL NETWORK LLC<br>»» 004 | Mortgage Arrears | $29,731.99 | $27,947.93 | $1,784.06 |
| 5 | DAVID M OFFEN ESQUIRE<br>»» 005 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |

**Chapter 13 Case No. 19-11910-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,140.00 | Current Monthly Payment: | $1,390.00 |
| Paid to Claims: | $32,947.93 | Arrearages: | $1,390.00 |
| Paid to Trustee: | $3,192.07 | Total Plan Base: | $58,380.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.