| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-11910-AMC

KRISTIN M NARDELLA
90 MEETINGHOUSE LANE
SPRINGFIELD  PA    19064

Petition Filed Date: 03/28/2019
341 Hearing Date: 05/10/2019
Confirmation Date: 08/28/2019

Case Status: Dismissed After Confirmation on 1/26/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/12/2021 | $5,000.00 | | 02/03/2022 | $2,000.00 | | | | |

**Total Receipts for the Period:  $7,000.00    Amount Refunded to Debtor Since Filing:  $2,009.44    Total Receipts Since Filing: $43,140.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP<br>»»  001 | Unsecured Creditors | $10,571.12 | $1,785.36 | $8,785.76 |
| 2 | FRANKLIN MINT FEDERAL CU<br>»»  002 | Unsecured Creditors | $6,046.18 | $1,021.14 | $5,025.04 |
| 3 | PATIENT FIRST<br>»»  003 | Unsecured Creditors | $55.85 | $0.00 | $55.85 |
| 4 | STATE FINANCIAL NETWORK LLC<br>»»  004 | Mortgage Arrears | $29,731.99 | $29,731.99 | $0.00 |
| 5 | DAVID M OFFEN ESQUIRE<br>»»  005 | Attorney Fees | $5,000.00 | $5,000.00 | $0.00 |
| 0 | KRISTIN M NARDELLA | Debtor Refunds | $2,009.44 | $2,009.44 | $0.00 |

**Chapter 13 Case No. 19-11910-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,140.00 | Current Monthly Payment: | $1,390.00 |
| Paid to Claims: | $39,547.93 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,592.07 | Total Plan Base: | $58,380.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.